IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN J. ROSS and ALAN J. ROSS INSURANCE AGENCY, INC.<br>*Plaintiffs, pro se*<br><br>v.<br><br>BENNETT MEYER, MEYER-CHATFIELD CORP., DAVID L. BRAVERMAN, JOHN KASKEY, and BRAVERMAN KASKEY PC<br>*Defendants* | : : : : : : : : : : | CIVIL ACTION<br><br>NO. 12-0998 (Consolidated) |
| MEYER-CHATFIELD CORPORATION, BENNETT S. MEYER, ZCRACKERBOX, LLC, and BRAVERMAN KASKEY, P.C.<br>*Plaintiffs*<br><br>v.<br><br>ALAN J. ROSS d/b/a SAVE ASSOCIATES and ALAN J. ROSS INSURANCE AGENCY INC. d/b/a SAVE ASSOCIATES<br>*Defendants, pro se* | : : : : : : : : : : : | CIVIL ACTION<br><br>NO. 12-2760 |

# O R D E R

**AND NOW**, this 14th day of June 2016, upon consideration of the evidence provided at the assessment of damages hearing on January 27, 2016, the *brief regarding damages* filed by Bennett Meyer, Meyer-Chatfield Corp., David L. Braverman, John Kaskey, and Braverman Kaskey PC ("Defendants"), [ECF 108], the *motions for relief from the Court's June 19, 2014 Order granting [Defendants'] motion for partial sunnary* [sic] *judgment as to liability only*, filed by *pro se* Plaintiff, Alan J. Ross, [ECF 109, 111], Plaintiff's *assessment of damages memorandum*, [ECF 110], Defendants' *brief in opposition to Ross's Rule 60(b)(6) motion*, [ECF 114], and Plaintiff's reply, [ECF 115], it is hereby **ORDERED**, consistent with the accompanying Memorandum Opinion, that Plaintiff's motion is **GRANTED**. Defendants are not entitled to any compensatory damages in this matter.

The Clerk of Court shall mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*